```
1   MARK WRAY, #4425
    LAW OFFICES OF MARK WRAY
2   608 Lander Street
3   Reno, Nevada 89509
    (775) 348-8877
4   (775) 348-8351 fax
5   Attorneys for Plaintiffs
    AEGIS COUNCIL, LLC and
6   STEPHANIE OLSEN
7
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AEGIS COUNCIL, LLC and<br>STEPHANIE OLSEN,<br><br>        Plaintiffs,<br><br>vs.<br><br>BETSY MALDONADO and<br>KEVIN MONTGOMERY,<br><br>        Defendants.<br>_____/<br>AND ALL RELATED ACTIONS<br>_____/ | Case No. 3:10-CV-00756 |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed, by and between Plaintiffs Aegis Council, LLC and Stephanie Olsen and Defendants Betsy Maldonado and Kevin Montgomery, by their counsel, that this entire action and all claims of all parties be dismissed, with prejudice, with each party to bear its own fees and costs.

APPROVED AS TO FORM AND CONTENT

DATED: Feb. 17, 2012      LAW OFFICES OF MARK WRAY

By _____
MARK WRAY
Attorney for Plaintiffs/Counter-Defendants
AEGIS COUNCIL, LLC and
STEPHANIE OLSEN

DATED: 2/22/12      LAW OFFICE OF JEFFREY A. DICKERSON

By _____
JEFFREY A. DICKERSON
Nevada Bar No. 2690
9585 Prototype Court, Suite A
Reno, NV 89521
(775) 786-6664
(775) 786-7466 – fax
Attorney for Defendants
BETSY MALDONADO and
KEVIN MONTGOMERY

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: March 7, 2012