1   MARK WRAY, #4425
2   LAW OFFICES OF MARK WRAY
    608 Lander Street
3   Reno, Nevada 89509
    (775) 348-8877
4   (775) 348-8351 fax
5   Attorneys for Plaintiffs
    AEGIS COUNCIL, LLC and
6   STEPHANIE OLSEN

7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10

11

    AEGIS COUNCIL, LLC and
12  STEPHANIE OLSEN,

13          Plaintiffs,          Case No. 3:10-CV-00756

14

15      vs.

16  BETSY MALDONADO and
17  KEVIN MONTGOMERY,

18          Defendants.
                                        /
19  _____

20  AND ALL RELATED ACTIONS
                                        /
21  _____

22  **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

23          It is hereby stipulated and agreed, by and between Plaintiffs Aegis Council, LLC

24  and Stephanie Olsen and Defendants Betsy Maldonado and Kevin Montgomery, by their

25  counsel, that this entire action and all claims of all parties be dismissed, with prejudice,

26  with each party to bear its own fees and costs.

27

28

                                    -1-

1

### APPROVED AS TO FORM AND CONTENT

2

3    DATED: _Feb. 17, 2012_    LAW OFFICES OF MARK WRAY

4

5    By _Mark Wray_

6    MARK WRAY
     Attorney for Plaintiffs/Counter-Defendants
7    AEGIS COUNCIL, LLC and
     STEPHANIE OLSEN
8

9
     DATED: _2/22/12_
10                             LAW OFFICE OF JEFFREY A. DICKERSON

11

12   By _____

13   JEFFREY A. DICKERSON
     Nevada Bar No. 2690
14   9585 Prototype Court, Suite A
     Reno, NV 89521
15   (775) 786-6664
     (775) 786-7466 – fax
16   Attorney for Defendants
17   BETSY MALDONADO and
     KEVIN MONTGOMERY
18

19
     **ORDER**
20
     IT IS SO ORDERED:
21

22

23   _____
     UNITED STATES DISTRICT JUDGE
24

25   DATED: March 7, 2012    _____
26

27

28

-2-